IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DEBBIE J. BLANTON,

    Plaintiff,

v.             CIVIL ACTION NO. 3:15-10113

HUNTINGTON MALL COMPANY,

    Defendant.

## JUDGMENT ORDER

  This case was tried to a jury from October 31, 2017 to November 1, 2017. After deliberations, the jury returned a verdict in favor of the defendant. The Court **ORDERS** that the verdict form be filed and that judgment be entered in favor of the defendant in accordance with the verdict form.

  The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to the all counsel of record.

        ENTER:  November 1, 2017

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE